UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JACOB HERNANDEZ,

Petitioner,

v.

DAVID CRIST, Warden, and
MIKE HATCH, Attorney General,

Respondents.

Civil No. 01-1686 (JRT/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a prisoner of the State of Minnesota incarcerated at the Minnesota Correctional Facility in Stillwater, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being confined in violation of his rights under the U.S. Constitution.

Respondents will be directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's confinement and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondents believe the writ should not be granted, and setting forth Respondents' recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED 11-23-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Respondents' return should specifically address the issue of whether all of Petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the highest available state court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

Respondents shall file a written return to Petitioner's application for a writ of habeas corpus within 20 days from the date of this order.

Dated: November 23, 2001

E.S. Swearingen

E.S. SWEARINGEN,
United States Magistrate Judge